# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CODY PENFIELD, ) <br> ) <br> Defendant. ) | Criminal Action No: 4:18CR260 |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Jeffery L. Arnold, counsel for Defendant Cody Penfield, for the dates of August 29, 2019 through September 8, 2019 and September 13, 2019 through September 16, 2019. (Doc. 1151.) After careful consideration said Motion is **GRANTED**.

**SO ORDERED**, this 29th day of August, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA